**Order filed March 26, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00144-CR

_____

### JESUS CORTEZ JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. 16354**

### O R D E R

Appellant has filed in this court a motion to reconsider the denial of Appellant's request to file a supplemental brief. Upon reconsideration, we now grant Appellant's motion to reconsider, grant Appellant leave to supplement his brief, file the supplemental brief that was previously received by the clerk of this court, and abate the appeal to give the State an opportunity to file a supplemental brief. The State's supplemental brief is due on or before May 26, 2020.

This appeal will be reinstated when the State's supplemental brief is filed in this court.

PER CURIAM

March 26, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.